## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO.1:25-CR-458-JPB** |
| | ) | |
| **LESTER T. JONES, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF FILING—SUPPLEMENTAL LETTERS**

Lester T. Jones, Jr. ("Defendant" or "Mr. Jones") will appear before this Court for sentencing at 9:30am ET on April 29, 2026.  In preparation for his sentencing, Mr. Jones respectfully submits the following supplemental letters for the Court's consideration:

**Exhibit H** - a letter of support submitted by Crescenta Jones, the ex-wife of Mr. Jones and biological mother of Koya, on behalf of Mr. Jones; and

**Exhibit I** – a letter submitted by Clinical Therapist Willie Campbell, an LCSW Board Certified Provider, and the current mental health therapist of Mr. Jones who specializes in early childhood and race-based trauma.

Counsel for Mr. Jones will bring copies of the foregoing to the sentencing hearing tomorrow in addition to this filing.

This 28th day of April, 2026.

Respectfully submitted,

/s/Brett A. Switzer
Brett A. Switzer, Esq.
Georgia Bar No. 554141

BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, NE
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
bswitzer@bfvlaw.com

*Attorney for Defendant*
*Lester T. Jones, Jr.*

2

# CERTIFICATE OF SERVICE

I, Brett A. Switzer, Counsel for Lester T. Jones, Jr., hereby certify that I have filed the foregoing *Notice of Filing—Supplemental Letters* with the Clerk of Court using the CM/ECF system, which will send notification to all parties entitled to receive service.

This 28th day of April, 2026.

<div style="margin-left:50%">

Respectfully submitted,

/s/Brett A. Switzer
Brett A. Switzer, Esq.
Georgia Bar No. 554141

BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, NE
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
bswitzer@bfvlaw.com

*Attorney for Defendant*
*Lester T. Jones, Jr.*

</div>

3

## <u>CERTIFICATE OF SERVICE/COMPLIANCE</u>

I hereby certify that the foregoing document is formatted in Times New Roman typeface, size 14 pt., and prepared with the required margins in accordance with Local Rule 5.1B.

This 28th day of April, 2026.

Respectfully submitted,

/s/ Brett A. Switzer
Brett A. Switzer, Esq.
Georgia Bar No. 554141

BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, NE
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
bswitzer@bfvlaw.com

*Attorney for Defendant*
*Lester T. Jones, Jr.*

4