# EXHIBIT I



Willie Campbell, LCSW, MAC, ACSW, MSW
Board-Certified-TeleMental Health Provider
Atlanta Buckhead Office
Phone: (617) 379.0496, Ext. 1971
Email: Willie.Campbell@Thriveworks.com
Website:ThriveWorks.com

Date: April 28, 2026

Honorable Judge Boulee

Re: Lester T. Jones – Clinical Summary

Dear Honorable Judge Boulee,

I am writing to provide a summary of the clinical status and treatment engagement of my client, Lester T. Jones, who has been under my care for ongoing mental health treatment.

Lester T. Jones has been diagnosed with Anxiety Disorder (Primary), Depressive Disorder (Secondary), and Post-Traumatic Stress Disorder (PTSD). These conditions have contributed to significant emotional distress and have affected multiple areas of daily functioning, including mood regulation, concentration, and the ability to effectively manage stress. Based on clinical assessment and the client's self-report, it is also likely that some of Lester T. Jones' past behaviors were influenced by unresolved trauma-related responses and the impact of these mental health challenges, rather than intentional misconduct or willful disregard for expectations.

Despite these challenges, Lester T. Jones has demonstrated consistent attendance and active engagement in all scheduled treatment sessions. Mr. Lester T. Jones has shown dedication to implementing therapeutic strategies, participating meaningfully in clinical discussions, and making measurable progress toward treatment goals. His continued commitment to therapy reflects strong motivation for personal growth, emotional stability, and long-term recovery.

It is my professional opinion that Lester T. Jones is benefitting from treatment and remains invested in improving his mental health and overall wellbeing. With ongoing clinical support, continued stability and progress are expected.

Please feel free to contact me should additional information or clarification be needed.

Respectfully submitted,

Willie Campbell

Willie Campbell, LCSW, MAC, ACSW, MSW
Multi-State Licensed Clinician
Currently licensed in GA, AL, FL, SC, NC, KY, VA, RI, Tx, MD, and DC
Board-Certified-TeleMental Health Provider
Atlanta Buckhead Office
Phone: (617) 379.0496, Ext. 1971
Email: Willie.Campbell@Thriveworks.com
Website:ThriveWorks.com